# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 15, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

158052(47)

UNIVERSITY OF MICHIGAN REGENTS,
      Plaintiff-Appellant,

v

VICTOR VALENTINO, J.D., P.C.,
      Defendant-Appellee.

_____/

SC: 158052
COA: 339198
Washtenaw CC: 16-001122-CK

On order of the Chief Justice, the motion of Munson Healthcare to file a brief amicus curiae is GRANTED. The amicus brief submitted on August 13, 2018, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 15, 2018



Clerk